UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES, and
MICHAEL J. FORDE, as EXECUTIVE SECRETARY-
TREASURER, DISTRICT COUNCIL FOR NEW YORK
CITY AND VICINITY, UNITED BROTHERHOOD OF
CARPENTERS AND JOINERS OF AMERICA,

                                             Plaintiffs,

      -against-

ATLANTIC FLOORING & CONSTRUCTION LLC,

                                             Defendant.
------------------------------------------------------------------X



08 CV 2002 (DC)
ECF CASE

**DEFAULT JUDGMENT**



This action having been commenced on February 28, 2008 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant Atlantic Flooring & Construction LLC on March 3, 2008 by delivering two (2) true copies of the same to the Secretary of the State of New York, pursuant to Section 306(b) of New York Business Corporation Law, and a proof of service having been filed on March 12, 2008 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court having issued its certificate of default on April 7, 2008, it is

Defendant, pursuant to the arbitration award, in the liquidated amount of $2,350.00, representing costs and fees arising out of the arbitration, in addition to attorneys' fees and costs arising out of this action in the amount of $1,422.50 for a total of $3,772.50 and that Atlantic Flooring & Construction LLC and its officers are ordered to produce any and all books and records relating to Atlantic Flooring & Construction LLC for the period of June 23, 2006 through January 15, 2008.

Dated: 4/15/08
New York, New York

Honorable Denny Chin
United States District Judge

This document was entered on the docket on _____.